AFFIDAVIT OF Szeth Aslan Magnus

*FILED IN THE U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

*DEC 2 3 2024*

*SEAN F. MCAVOY, CLERK*
*_____ DEPUTY*
*SPOKANE, WASHINGTON*

I, Szeth Aslan Magnus, hereafter Affiant, being compos mentis to state the matter herein, first duly sworn, depose, say, and declare before my Creator by my signature with right thumb print in red ink, that the following facts and statements made in this Affidavit are true, correct, certain, admissible as evidence and not meant to mislead.

1. Affiant is a Citizen in and for Washington State and the Union, as described in the Declaration of Independence; U.S. Constitution Bill of Rights; Declaration of Rights in Washington Constitution, whom has remained among the People.

2. Affiant asserts he is contractually bound and subject to the laws of his Creator, the Law of Nature, being co-eval with humankind and dicated ONLY by his Creator, is of course, superior in obligation to any other. It is binding over all, at all times, no human laws are of any validity if contrary to this. As such, it is self-evident that all men are created by his Creator with Liberty as one of the cardinal unalienable rights. Meachum v. Fano, 427 U.S. 215, 230 (1976) (Dissent by Justice Stevens).

3. Affiant's Unalienable, Fundamental Rights are recognized, protected, and contractually guaranteed under to the Declaration of Independence; the ordained Constitution for the united States of America; Bill of Rights; Declaration of Rights in Washington Constitution; and the Enabling Act of Fifteenth Congress, Sess. II. Ch 180 (1889).

4. Affiant herein, hereby, and herewith revoke, disavow, and renounce my signature on any and all contracts, documents, various papers, instruments, adhesion contracts, "agreements" and judgments signed by me with any government agency or entity or its principals or any other parties whatsoever.

5. Affiant herein, hereby, and herewith revoke, disavow, and renounce any and all "Power of Attorney" presumed by any government agency or entity or its principals whatsoever.

6. Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to give up, relinquish, forfeit, or abandon his position as Creditor through signature, words, actions, intentions, or adhesion contracts.

7. Affiant asserts that through Indemnifying the U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON procures suretyship as guaranteed performance of Bond Order deposited into Cause No. 4:24-cv-05157-SAB conditioned for Injunctive Relief.

8. Affiant's status as Holder-In-Due-Course holds the only superior claim over the Ens legis, Cestui que Trust, Artificial Legal Person, Corporate

Fiction, Legal Fiction, Trust Entity, Contract Trust Account No. 531682018.

9. Affiant's status as Creditor/Beneficiary/Principal reserves the right to accept for value and discharge ANY debt, liability, obligation, bond, warrant, commercial transaction, investments, transmitting utility, and "other" actions in behalf of the DEBTOR in full pursuant to HJR-192; Public Law 73-10; RCW §62A.3-419/U.C.C. 3-419; RCW §62A.1-104/U.C.C. 1-104; RCW §62A.10-104/U.C.C. 10-104; 28 U.S.C. §§1631, 3002; U.S. Const. Art. I, sec. 10.

10. Affiant asserts that as Beneficiary and Principal agent of Cestui Que Trust of Cause No. 4:24-cv-05157-SAB the Court is nothing more than the trustee of said account, and has basic obligation to the People contractually bound by state and federal constitutions, Declaration of Independence, and 5 CFR 2635.101 to perform as such.

11. Affiant asserts that the officers, agents, and employees of the state/STATE, including judges who are bound to support the U.S. Constitution Article I, sec. 10 states, "No state shall ... make any Thing but gold and silver coin a Tender in Payment of Debts ... or make laws impairing the obligation to contract."

12. Affiant asserts that in light of the National Emergency and the U.S. Bankruptcy (Order of the Secretary of Treasury, December 28, 1933 and January 15, 1934) that Affiant can discharge any fine, fee, tax, tax liability, or debt via the remedy provided by Congress HJR-192, dollar-for-dollar, by and through acceptance for value as Holder-In-Due-Course of the Affiant's Transmitting Utility as identified on the Internal Revenue Service Individual Master File, Tax presentment and U.C.C. Filings with Bill of Exchange, Negotiable Instruments or other appropriate commercial paper or through/by Creditor's Exemption.

Affiant's Rights are Reserved and Preserved Without Prejudice. RCW §62A.1-308/U.C.C. 1-308; RCW §1-104/U.C.C. 1-104; RCW §62A.2-207/U.C.C. 2-207; RCW §62A.3-419/U.C.C. 3-419; and RCW §62A.10-104/U.C.C. 10-104.

Signed this 19th day of December, 2024 C.E.

/s/ Szeth Aslan Magnus