FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, EX REL. | 4:24-cv-05157-SAB |
| Szeth Aslan Magnus, Relator | RESPONSE TO DEFENDANTS' RESPONSE |
| v. | TO PLAINTIFF'S MOTION FOR |
| WASHINGTON STATE DEPT. OF CORRECTIONS | SUMMARY JUDGMENT |
| Cheryl Strange, Et. Al, Respondents | |

I, Szeth Aslan Magnus, Relator, move this Court to GRANT Relator's Motion for Summary Judgment. Respondent's through Attorney General Robert Ferguson and Assistant Attorney General Michelle Young continue to present false material facts in the instant case as outlined in the sworn Affidavit, perjuring their sworn Oath of Office pursuant to RCW § 43.01.020 to "support the Constitution of the United States and the Constitution and laws of the state of Washington...".

## AFFIDAVIT

I, Szeth Aslan Magnus, hereinafter Affiant, being compos mentis to state the matter herein, first duly sworn, depose, say and declare before my Creator and by my signature and right thumb print in red ink, that the following facts and statements made in this Affidavit are true, correct, certain, admissible as evidence, and not meant to mislead.

1. Affiant is a <u>C</u>itizen in and for Washington State and the Union, as described in the Declaration of Independence; U.S. Constitution Bill of Rights; Declaration of Rights in Washington Constitution, whom has remained among the People.

2. Affiant asserts he is contractually bound and subject to the laws of his Creator, the Law of Nature, being co-eval with humankind and dictated ONLY by his Creator, is of course, superior in obligation to any other. It is

binding over all, at all times, no human laws are of any validity if contrary to this. As such, "I had thought it self-evident that all men were endowed by their Creator with liberty as one of the cardinal unalienable rights. It is that basic freedom which the Due Process Clause protects, rather than the particular rights or privileges conferred by specific laws or regulations." Dissent by Justice Stevens Meachum v. Fano, 427 U.S. 215, 230 (1976).

3. Affiant's Unalienable, Fundamental Rights are recognized, protected, and contractually guaranteed under the Declaration of Independence; the ordained Constitution for the united States of America; Bill of Rights; Declaration of Rights in Washington Constitution; and the Enabling Act of Fifteenth Congress, Sess. II. Ch. 180 (1889).

4. Affiant herein, hereby, and herewith revoke, disavow, and renounce my signature on any and all contracts, documents, various papers, instruments, adhesion contracts, "agreements" and judgments signed by me with any government agency or entity or its principals or any other parties whatsoever.

5. Affiant herein, hereby, and herewith revoke, disavow, and renounce any and all "Power of Attorney" presumed by any government agency or other parties whatsoever.

6. Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to give up, relinquish, forfeit, or abandon his position as Creditor through signature, words, action, intentions, or adhesion contracts.

7. Affiant asserts that the Status Report and Proposed Discovery Plan filed 1/8/25 by Attorney General Robert Ferguson and Assistant Attorney General Michelle Young states in §II Status Report (a) "Defendants indicate all named parties have been served or waived service".

8. Affiant asserts that Defendant's Response to Plaintiff's Motion and Order for Summary Judgment states "Although Magnus had not served anyone other than the Department of Corrections, which he properly served through the Attorney General's Office...".

9. Affiant asserts that Affiant's Proof of Service filed with Prothonotary of Franklin County Superior Court, dated November 7, 2024 states "On the 7th of November, 2024 C.E. Szeth Aslan Magnus, Relator, served Respondents Cheryl Strange, D.O.C. Secretary, Et. Al., via US POSTAL SERVICE via the legal mail system at Coyote Ridge Correction Center in Connell, Franklin County, WA. The following documents were served: 1. Summons; 2. Order to Show Cause; 3. Preliminary Injunction; 4. Declaratory Relief; 5. Affidavit of Religious Discrimination; 6. Motion to Serve Process by Mail; 7. Order to Serve Process by Mail; 8. Indemnity; 9. Request to Schedule Hearing; 10. Request for Waiver of Fees & Surcharges; 11. Affidavit in Support of Waiver of Fees & Surcharges; 12. Order for Waiver of Fees & Surcharges; and 13. Exhibits".

10. Affiant asserts that a copy of the above referenced Proof of Service was provided with Affiant's Motion to Correct the Record, and Motion to Strike Defendant's Answer filed with U.S. District Court in the instant case.

11. Affiant asserts that service was proper of both Attorney General Robert Ferguson, Cheryl Strange, Lisa Flynn, Lorne Spooner, Zilvinas Jakstas, and Fred Ivey, which began the 20 day time period of the Summons pursuant to Superior Court Rule CR4.

12. Affiant asserts that Defendant's removal of case from Superior Court to U.S. District Court is proper pursuant to 28 U.S.C.S. § 1446(b), however removal of case does not usurp the contractual obligation of the Summons previously filed and properly served to respond within 20 days.

13. Affiant asserts that Respondent's failed to timely file and serve upon Relator ANY response to the Summons, let alone a superior sworn counter-affidavit.

14. Affiant asserts that "A general denial contained in a pleading verified only by the party's attorney, is insufficient to raise into issue facts established by the affidavit of the other party, in the absence of any showing that the attorney had personal knowledge of the facts denied, since, under the summary judgment procedure, the mere raising of an issue in a pleading does not entitle a litigant to a trial and in the absence of a counter-affidavit which controverts facts established by the affidavit of the other party, the trial court may properly enter an order excluding that issue from trial." Carlson v. Milbrad, 68 Wn. 2d 847 S. Ct. June, 23, 1966.

15. Affiant asserts Piper v. United States, 392 F. 2d 462 (5th Cir. 1968)(holding that denials in unverified pleading were insufficient to controvert affidavit offered in support of motion for summary judgment) rendering Defendant's Answer to Plaintiff's Complaint and Jury Demand invalid.

16. Affiant asserts that 28 U.S.C.S. § 1746 provides an alternative to making a sworn statement, but requiring that the statement include a handwritten subscription, signed and dated, that the statement is true under penalty of perjury.

17. Affiant asserts that none of the responses to any filing made by Relator has contained any handwritten subscription or a non-electronic signature whatsoever, thereby not complying with 28 U.S.C.S. § 1746 .

18. Affiant asserts that Attorney General Robert Ferguson and Assistant Attorney General Michelle Young continue to perpetrate fraud, bring dishonor to these proceedings, and perjure their sworn Oath of Office

pursuant to RCW § 43.01.020 by continually presenting false testimony in the instant case. Continued presentment of false material facts in an effort to distract, prejudice, and usurp this Court's authority is evidenced as follows:

a. Page 2 of Notice of Removal states "The individual Defendants have not been served (by mail or otherwise)."

b. Page 2 of Notice of Removal states "Plaintiff's claims are based on the Constitution of the United States and federal law (The Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc, et seq.,), as well as the Washington State Constitution."

c. Page 2 of Declaration of Michelle Young (6) states "The individual defendants have not been served with process - either via mail or otherwise."

d. Civil Cover Sheet submitted by Respondents § VI. Cause of Action states "Violation of the Eighth Amendment"

e. Proof of Service of Cheryl Strange, et. al. filed in Franklin County Superior Court was not included by Respondents in the files removed to U.S. District Court.

f. Page 2 of Defendant's Response to Plaintiff's Motion to Strike states "Although Magnus had not served anyone other than the Department of Corrections, which he properly served through the Attorney General's Office..." and "Magnus's statement implies he mistakenly believed he could serve all Defendants by sending the summons and "Declaratory Relief" to the Attorney General's Office."

g. Page 2 of Defendant's Response to Plaintiff's Motion & Order for Summary Judgment states "Although Magnus had not served anyone other than the Department of Corrections, which he properly served through the Attorney General's Office..." and "Magnus's statement implies he mistakenly believed he could serve all Defendants by sending the summons and "Declaratory Relief" to the Attorney General's Office."

19. Affiant asserts that a true and correct copy of the Proof of Service, and

Coyote Ridge Correction Center Legal Mail Log page were filed in the instant case along with the Motion to Correct the Record.

20. Affiant asserts that the continued subornation by Attorney General Robert Ferguson and Assistant Attorney General Michelle Young directly violates Relator's Liberty Interest in Due Process of law.

Signed this 14th day of January, 2025 C.E.

_____
Signature and Right Thumb Print in Red Ink

## CONCLUSION

Attorney General Robert Ferguson and Assistant Attorney General Michelle Young, representing named Defendants continue to suborn and dishonor the proceedings by filing false information as material fact in an attempt to mislead and prejudice this Court.

Responses presented by Defendants are non-responses as they do not meet the superior contra-affidavit standard set in Carlson v. Milbrad and do not qualify as an 'alternative to making a sworn statement' pursuant to 28 U.S.C.S. § 1746 and this Court should not accept these non-responses from Defendant's.

On January 8, 2025, in accordance with the telephone conversation between Michelle Young and Szeth Magnus, at the behest of Ms. Young, a proposed settlement agreement was drafted, signed and sealed by Relator then mailed via Legal Mail at Coyote Ridge Correction Center to the Attorney General's Office in a good faith effort to find equitable resolution in the interest of justice. No response was received from the Defendants.

Material facts presented in Relator's sworn affidavits along with filed exhibits warrant this Court GRANTING the Motion for Summary Judgment as filed by Relator and enter judgment in favor of Szeth Aslan Magnus based on material facts timely presented and properly filed.

Signed this 19th day of January, 2025 C.E.

Without Prejudice,

*[signature: S M Magnus]*
*[red fingerprint]*