AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Aug 19, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SZETH ASLAN MAGNUS, State of Washington, Ex. Rel, Relator<br><br>*Plaintiff*<br>v.<br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:24-cv-05157-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 61, Defendants' Motion for Summary Judgment, ECF No. 43, is GRANTED. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian.

Date: 8/19/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony